**FILED**
July 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JACQUELYN ZEPORA BROWN, §
§
Plaintiff, §
§
v. § CIVIL NO. SA:21-CV-00507-OLG
§
SAN ANTONIO FOOD BANK, §
§
Defendant. §

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This case is before the Court on Defendant San Antonio Food Bank's First Amended Motion for Summary Judgment. (*See* Dkt. No. 57.) Pursuant to 28 U.S.C. § 636(b), United States Magistrate Judge Henry J. Bemporad issued a report and recommendation (R&R) with respect to the motion. (*See* Dkt. No. 65, filed April 10, 2023.) The R&R recommends that Defendant's motion be granted and Plaintiff's claims be dismissed. Plaintiff, through counsel, has filed objections to the recommendation (*see* Dkt. No. 67) and Defendant has responded (*see* Dkt. No. 68). The Court, having reviewed de novo the objected-to portions of the recommendation, finds that the R&R correctly articulates and applies the facts and law. Accordingly, it is **ORDERED** that Magistrate Judge Bemporad's report and recommendation (Dkt. No. 65) is **ACCEPTED**. For the reasons stated in the R&R, Defendant's First Amended Motion for Summary Judgment (Dkt. No. 57) is **GRANTED** and Plaintiff's claims are **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 6th day of July, 2023.

ORLANDO L. GARCIA
United States District Judge