AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Jacquelyn Zepora Brown | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-21-CV-507-OLG |
| San Antonio Food Bank | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Order accepting Magistrate Judge's Recommendation, Defendant's Motion for Summary Judgment is hereby GRANTED, Plaintiff's claims are DISMISSED. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Orlando L. Garcia

Date: JUL - 6 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
JUL - 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY